UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
CASE NO. 2:14-CV-00381-SPC-DNF

SARAH VALLIERE, individually,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,
a Florida corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 5th day of August, 2014.

                      BRET L. LUSSKIN, Esq.
                      *Attorney for Plaintiff*
                      20803 Biscayne Blvd., Ste 302
                      Aventura, FL 33180
                      Telephone: (954) 454-5841
                      Facsimile: (954) 454-5844
                      blusskin@lusskinlaw.com

                      By: /s/ Bret L. Lusskin, Esq.
                           Bret L. Lusskin, Esq.
                           Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of August, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

2

document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

          BRET L. LUSSKIN, Esq.
          *Attorney for Plaintiff*
          20803 Biscayne Blvd., Ste 302
          Aventura, FL 33180
          Telephone: (954) 454-5841
          Facsimile: (954) 454-5844
          blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069