UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SARAH VALLIERE, individually

       Plaintiff,

v.                                                                         Case No:   2:14-cv-381-FtM-38DNF

STELLAR RECOVERY, INC.,

       Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Notice of Settlement (Doc. 8) filed on August 5, 2014. The notice states the plaintiff and the defendant have settled this case. A review of the docket, however, reveals that the defendant has not appeared in this case. Thus, the Court finds a notice of settlement is not appropriate here. Nonetheless, the Court will entertain, for example but not limited to, a Rule 41(a)(1)(A)(i) dismissal.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August, 2014.

                                                            SHERI POLSTER CHAPPELL
                                                            UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.