UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
CASE NO. 2:14-CV-00381-SPC-DNF

SARAH VALLIERE, individually,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,
a Florida corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff SARAH VALLIERE, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby file this Notice of Voluntary Dismissal With Prejudice. A proposed order dismissing this action with prejudice is attached hereto as Exhibit A.

Respectfully submitted this 6th day of October, 2014.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

        By: /s/ Bret L. Lusskin, Esq.
        Bret L. Lusskin, Esq.
        Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

1

document is being served this 6th day of October, 2014, via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                BRET L. LUSSKIN, Esq.
                *Attorney for Plaintiff*
                20803 Biscayne Blvd., Ste 302
                Aventura, Florida 33180
                Telephone: (954) 454-5841
                Facsimile: (954) 454-5844
                blusskin@lusskinlaw.com

By:    /s/ Bret L. Lusskin, Esq.
        Bret L. Lusskin, Esq.
        Florida Bar No. 28069